# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 265 EAL 2016

         Respondent    :

                                :    Petition for Allowance of Appeal from
                                :    the Order of the Superior Court

       v.    :

   :

RYAN GLOVER,    :

         Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.